November 30, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

THE CITY OF HOUSTON, Appellant

NO. 14-14-00818-CV                    V.

KELLEY STREET ASSOCIATES, LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Kelley Street Associates, LLC, signed October 3, 2014, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing Kelley Street Associates, LLC's suit against the City of Houston for want of subject matter jurisdiction.

We further order that all costs incurred by reason of this appeal be paid by appellee, Kelley Street Associates, LLC.

We further order this decision certified below for observance.